**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00307-AP

CHRISTOPHER VIALPANDO,

      Plaintiff,

      v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.    APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Rachael A. Lundy<br>402 W. 12th Street<br>Pueblo, CO 81003<br>719-543-8636<br>seckarlaw@mindspring.com | JOHN F. WALSH<br>United States Attorney<br>KEVIN TRASKOS<br>Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>Robert L. Van Saghi<br>Special Assistant United States Attorney<br>1001 17th Street<br>Denver, Colorado 80202<br>(303) 844-1948<br>(303) 844-0770 (facsimile)<br>robert.vansaghi@ssa.gov |

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

   **A.  Date Complaint Was Filed:** 2/6/12
   **B.  Date Complaint Was Served on U.S. Attorney's Office:** 2/17/12
   **C.  Date Answer and Administrative Record Were Filed:** 4/17/12

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.
To the best of his knowledge, Defendant states that the record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.    OTHER MATTERS**

The parties state that there are no other matters.

**8.    BRIEFING SCHEDULE**

The parties agreed to the following schedule:

   **A.  Plaintiffs Opening Brief Due:**      6/7/12
   **B.  Defendant's Response Brief Due:**    7/9/12
   **C.  Plaintiffs Reply Brief (If Any) Due:** 7/24/12

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

   **A.  Plaintiffs Statement:** Plaintiff does not request oral argument.
   **B.  Defendant's Statement:** Defendant does not request oral argument.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. **OTHER MATTERS**

    THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

12. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

    The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

    DATED this 1st day of May 2012.

    BY THE COURT:

    *s/John L. Kane*
    U.S. DISTRICT COURT JUDGE

APPROVED:

|  |  |
|---|---|
| For Plaintiff: | For Defendant: |
| s/ Rachael A. Lundy<br>Rachael A. Lundy<br>402 W. 12th Street<br>Pueblo, CO 81003<br>719-543-8636<br>seckarlaw@mindspring.com | JOHN F. WALSH<br>United States Attorney<br><br>KEVIN TRASKOS<br>Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>s/ Robert L. Van Saghi<br>Robert L. Van Saghi<br>Special Assistant U.S. Attorney<br>1001 17th Street<br>Denver, Colorado 80202<br>(303) 844-1948<br>robert.vansaghi@ssa.gov |