**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-00307-CMA

CHRISTOPHER VIALPANDO,

      Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

      Defendant.

**FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the order denying the motion for entered orally in open court on October 31, 2012, it is

ORDERED that the decision of the administrative Law Judge is affirmed.  It is

FURTHER ORDERED that each party shall pay its own costs and fees.

Dated at Denver, Colorado this 31st day of October, 2012.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Sandra Hartmann

Sandra Hartmann
Deputy Clerk